UNITED STATES COURT OF APPEALS<br>
FOR THE TENTH CIRCUIT

| | |
|---|---|
| 1) NICK SHAFFER and CHARLA SHAFFER, Individually, and<br>2) NICK AND CHARLA SHAFFER, As Parents and Next Friends of HOPE SHAFFER, Deceased,<br><br>                Plaintiffs/Appellants<br>v.<br><br>1) TOYOTA MOTOR CORPORATION,<br>2) TOYOTA MOTOR NORTH AMERICA, INC.<br>3) TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.,<br>4) TOYOTA MOTOR MANUFACTURING MISSISSIPPI, INC.<br>5) TOYOTA MOTOR SALES, USA, INC.<br>6) GULF STATES TOYOTA, INC.<br><br>                Defendants/Appellees | Case No. 25-6115 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

NICK SHAFFER and CHARLA SHAFFER, Individually, and NICK and CHARLA SHAFFER, As Parents and Next Friends of HOPE SHAFFER, deceased, Appellants, in the above-captioned case(s).

Glendell D. Nix  
MAPLES, NIX & DIESSELHORST, PLLC  
15401 North May Ave.  
Edmond, Oklahoma 73013  
Tel. 405.478.3737  
Glendell@mndlawfirm.com

Respectfully submitted,

s/ Glendell D. Nix
Glendell D. Nix, OBA #13747
**MAPLES, NIX & DIESSELHORST, PLLC**
15401 North May Ave.
Edmond, Oklahoma 73013
Tel. 405.478.3737
Glendell@mndlawfirm.com

**ATTORNEYS FOR APPELLANTS**

**CERTIFICATE OF SERVICE**

This will certify that on the 12th day of AUGUST 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. The Clerk of the Court will transmit a notice of electronic filing to the ECF registrants based on the records currently on file:

Mary Quinn Cooper Maryquinn.cooper@mcafeetaft.com
Andrew L. Richardson Andrew.richardson@mcafeetaft.com
Katie G. Crane Katie.crane@mcafeetaft.com

David P. Stone David.stone@nelsonmullins.com
Suzanne H. Swaner Suzanne.Swaner@nelsonmullins.com

      s/Glendell D. Nix