## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

NICK SHAFFER and CHARLA SHAFFER,
Individually, and NICK AND CHARLA
SHAFFER, as Parents and Next Friends of
HOPE SHAFFER, Deceased.

v.                                                    Case No.   25-6115

TOYOTA MOTOR CORPORATION, ET AL

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s)
as counsel for:

NICK SHAFFER and CHARLA SHAFFER, Individually, and NICK AND CHARLA SHAFFER
[Party or Parties][1]

as Parents and Next Friends of HOPE SHAFFER, Deceased.

Appellant/Petitioner                                         , in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

Glendell D. Nix                              Andy J. Campbell
Name of Counsel                              Name of Counsel

Signature of Counsel                         Signature of Counsel
15401 N. May                                 15401 N. May
Edmond, OK  73013 (405) 478-3737             Edmond, OK  73013 (405) 478-3737
Mailing Address and Telephone Number         Mailing Address and Telephone Number

Glendell@MNDlawfirm.com                      Andy@MNDlawfirm.com
E-Mail Address                               E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as
"Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

August 12, 2025
Date

Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    ☒    All other parties to this litigation are either: (1) represented by attorneys; or
        (2) have consented to electronic service in this case; or

    ☒    On ___August 12, 2025_____ I sent a copy of this Entry of Appearance
        Form to:

            [date]

Mary Quinn-Cooper; Andrew Richardson; Katie Crane and David P. Stone and Suzanne H. Swaner

Maryquinn.cooper@mcafeetaft.com  Andrew.richardson@mcafeetaft.com; Katie.crane@mcafeetaft.com
at David.stone@nelsonmullins.com; and Suzanne.swaner@nelsonmullins.com_____,

the last known address/email address, by _email_____.

                               [state method of service]

 

_August 12, 2025_____
Date

_____
Signature