No. 25-6115

# In the United States Court of Appeals for the Tenth Circuit

NICK SHAFFER and CHARLA SHAFFER, individually and as parents and next friends of Hope Shaffer, deceased,
*Plaintiffs-Appellants*,

v.

TOYOTA MOTOR CORPORATION, ET AL.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Western District of Oklahoma
Case No. 5:22-CV-00151 (The Hon. David L. Russell)

## PLAINTIFFS-APPELLANTS' MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF

Plaintiffs-appellants respectfully request a thirty-day extension of time to file their opening brief, up to and including November 21, 2025. This is the second extension for plaintiffs-appellants' opening brief; the first was ordered by the Court on September 9, 2025, pursuant to Tenth Circuit Rule 33.1. The defendants-appellants do not oppose this request.

1. There is good cause for this request. Lead counsel for the plaintiffs-appellants, Glendell Nix, has several pressing litigation matters and serious health issues relating to his significant other that have taken up and will continue to take up substantial time over the next month. Mr. Nix and his colleagues are responsible

for handling other complex cases that will occupy most of their time during the next month.

    2.    No prejudice will result to either party by the granting of the requested extension.

For the foregoing reasons, the plaintiffs-appellants respectfully request a thirty-day extension of time to file their opening brief, up to and including November 21, 2025.

Respectfully submitted,

*s/ Glendell Dewayne Nix*
GLENDELL DEWAYNE NIX
MAPLES NIX & DIESSELHORST
15401 North May Avenue
Edmond, OK 73013
(405) 478-3737
*glendell@mndlawfirm.com*

October 10, 2025

*Counsel for Plaintiffs-Appellants*