# In the United States Court of Appeals for the Tenth Circuit

NICK SHAFFER and CHARLA SHAFFER, individually and as parents and next friends of Hope Shaffer, deceased,
*Plaintiffs-Appellants*,

v.

TOYOTA MOTOR CORPORATION, ET AL.,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the Western District of Oklahoma
Case No. 5:22-CV-00151 (The Hon. David L. Russell)

## PLAINTIFF-APPELLANTS' MOTION TO WITHDRAW MICHAEL SKOCPOL AS COUNSEL

The plaintiffs-appellants respectfully move to withdraw Michael Skocpol as counsel in this matter. The plaintiffs-appellants will continue to be represented by other counsel from Gupta Wessler LLP who have appeared in this case.

Respectfully submitted,

*s/ Deepak Gupta*
DEEPAK GUPTA
JONATHAN E. TAYLOR
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North

Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*
*jon@guptawessler.com*

GLENDELL DEWAYNE NIX
ANDY J. CAMPBELL
STEPHEN SHEA BRACKEN
MAPLES NIX & DIESSELHORST
15401 North May Avenue
Edmond, OK 73013
(405) 478-3737
*glendell@mndlawfirm.com*

NICOLE SNAPP-HOLLOWAY
STILETTO LEGAL GROUP
15401 N. May Avenue
Suite 1000
Edmond, OK 73013
(405) 380-9887
*nicole@stilettolegalgroup.com*

February 11, 2026

*Counsel for Plaintiffs-Appellants*

2

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 33 words excluding the parts of the motion exempted by Rule 32(f). This motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.


February 11, 2026                              */s/ Deepak Gupta*
                                               Deepak Gupta

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the U.S. Court of Appeals for the Tenth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Deepak Gupta*
Deepak Gupta